**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

---

Eldon Wiens,

      Plaintiff,

vs.

Associated Milk Producers, Inc.,

      Defendant.

Civ. No. 16-cv-4126 (KES)

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Eldon Wiens and Defendant Associated Milk Producers, Inc., by and through their counsel, that:

1.    All claims that Plaintiff has asserted or could have asserted against Defendant or any other parties in the above-captioned legal action are DISMISSED WITH PREJUDICE; and

2.    Each party shall bear its own costs, expenses and attorneys' fees.

Dated: November 2, 2017

JOHNSON POCHOP & BARTLING

Stephanie E. Pochop
PO Box 149 | 405 Main St.
Gregory, SD 57533
Telephone: (605) 835-8391
Stephanie@Rosebudlaw.com

ATTORNEYS FOR PLAINTIFF

Dated: November 2, 2017                    FELHABER LARSON

                                           _____
                                           Penelope J. Phillips
                                           Grant T. Collins
                                           220 South Sixth Street, Suite 2200
                                           Minneapolis, Minnesota 55402
                                           Telephone: (612) 339-6321
                                           pphillips@felhaber.com
                                           gcollins@felhaber.com

                                           and
                                           LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

                                           Cheri S. Raymond
                                           Attorneys for Defendant
                                           PO Box 2700
                                           Sioux Falls, SD  57101-2700
                                           605-332-5999

                                           ATTORNEYS FOR DEFENDANT

2