UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ELDON WIENS,<br><br>        Plaintiff,<br><br>    vs.<br><br>ASSOCIATED MILK PRODUCERS, INC.,<br><br>        Defendant. | 4:16-CV-04126-KES<br><br>JUDGMENT OF DISMISSAL |

Under the parties' joint stipulation for dismissal (Docket 19), it is

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed with prejudice and without costs, expenses, or attorneys' fees awarded to any of the parties.

DATED this 6th day of November, 2017.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE